# United States Bankruptcy Court
### Eastern District of Virginia

| | | | | |
|---|---|---|---|---|
| In re | **Katrina Sheri Jackson** | | Case No. | **12-70074** |
| | | Debtor(s) | Chapter | **13** |

**TO:**

| ADD: | DELETE: | ADD: |
|---|---|---|
| | | **Suntrust Bank (Ed. Cred. Mgmt)** |
| **Kevin Jackson** | **Kevin Jackson** | **Lock Box 8682** |
| **1292 Corsair Dr., Apt. 202** | **4241 Maplehurst Rd.** | **POB 75848** |
| **Va. Beach VA  23454** | **Va. Beach VA  23462** | **St. Paul MN  55175-0848** |

**Miller, Reagan & Associates**
**400 North Center Drive**
**Bldg 3, Suite 108**
**Norfolk, VA 23502**

## NOTICE TO
## CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,
☒ deleting you as a creditor,
☒ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Katrina Sheri Jackson**

| | | | |
|---|---|---|---|
| Date: | 1/31/2012 | By | /s/ Steve C. Taylor |
| | | | Attorney for Debtor [or *Pro Se* Debtor] |
| | | | State Bar No.:  **31174** |
| | | | Address:  **Law Office of Steve C. Taylor, P.C.** |
| | | | **133 Mount Pleasant Road** |
| | | | **Chesapeake, VA 23322** |
| | | | Telephone No.:  **(757) 482-5705** |

## CERTIFICATION

I certify that on _____, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Steve C. Taylor
**Steve C. Taylor**
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy