# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:   KATRINA SHERI JACKSON                                                                Chapter 13
                                                                                              Case No.: 12-70074-SCS

Debtor

SSN: XXX-XX-3379

## MOTION AND NOTICE TO ALLOW CLAIMS

**This pleading is being served by means of first class mail postage pre-paid on all creditors and parties in interest. It contains important information, and should be reviewed by you. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** According to the records of Michael P. Cotter, Standing Chapter 13 Trustee, the creditors set out below have filed claims seeking distribution from the estate. Each of the claims will be allowed as recited below unless on or before twenty-one (21) days following the date of this Notice, a party in interest objects pursuant to the applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure. Upon expiration of the twenty-one (21) day period, an Order will be presented to the Court granting the Motion. You will not receive a copy of the Order, but may review it at the Bankruptcy Court Clerk's Office during business hours. You may also obtain a copy of the Order from the Chapter 13 Trustee. The name, address, and other pertinent information regarding the claims follows.

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|---|---|---|---|---|---|---|
| 6 | WELLS FARGO BANK<br>BANKRUPTCY CASH MANAGEMENT<br>MAC #2302-04C<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328 | Mar 05, 2012 | 20,988.59 | Pro Rata | 0.00<br>"No Interest" | Arrears MTG (No FI |
| 9 | TIMBERLAKE COMMUNITY ASSOCIATION<br>C/O THOMAS & ASSOCIATES PC<br>4176 SOUTH PLAZA TRAIL SUITE 128<br>VIRGINIA BEACH, VA 23452 | Apr 22, 2013 | 663.60 | Pro Rata | 0.00<br>"No Interest" | Arrears MTG (No FI |
| 3 | NEX/MIL STAR/EXCHANGE<br>C/O CREDITORS BANKRUPTCY SER<br>PO BOX 740933<br>DALLAS, TX 75374 | Jan 30, 2012 | 4,758.96 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 5 | OAK HARBOR CAPITAL VI LLC<br>C/O WEINSTEIN ANDRILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Mar 02, 2012 | 3,024.30 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 7 | LVNV FUNDING<br>C/O RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | Mar 22, 2012 | 1,274.58 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | GENERAL REVENUE CORP<br>P.O. BOX 495999-0157<br>CINCINNATI, OH 45249 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |

12-70074-SCS                                                                                                        Page: 1

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|------|----------------------|------------|-----------|-----------|------------|------|
|  | KEVIN JACKSON<br>4241 MAPLEHURST ROAD<br>VIRGINIA BEACH, VA 23462 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | NOTICE ONLY |
| 4 | NAVY FEDERAL CREDIT UNION<br>P.O. BOX 3000<br>MERRIFIELD, VA 22119-3000 | Feb 21, 2012 | 5,009.12 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | RECEIVABLE MAN. NETWORK<br>PO BOX 79698<br>BALTIMORE, MD 21279 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 1 | ECMC<br>LOCK BOX 8682<br>PO BOX 75848<br>ST PAUL, MN 55175-0848 | Jan 23, 2012 | 4,086.91 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | STEPHEN B WOOD<br>BWW LAW GROUP LLC<br>8100 THREE CHOPT RD<br>SUITE 240<br>RICHMOND, VA 23229 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | NOTICE ONLY |
|  | MILLER, REAGAN & ASSOCIATES<br>400 NORTH CENTER DRIVE<br>BLDG 3,SUITE 108<br>NORFOLK, VA 23502 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | SUNTRUST BANK LOCK BOX 8682<br>P.O.BOX 75848<br>SAINT PAUL, MN 55175-0848 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | NOTICE ONLY |
| 2 | ECMC<br>LOCK BOX 8682<br>PO BOX 75848<br>ST PAUL, MN 55175-0848 | Jan 23, 2012 | 3,639.01 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | THOMAS & ASSOC.<br>4176 S. PLAZA TRL, STE 128<br>VIRGINIA BEACH, VA 23452 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | NOTICE ONLY |
|  | VIRGINIA BEACH GENERAL DISTRIC<br>2425 NIMMO PARKWAY<br>VIRGINIA BEACH, VA 23456 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | NOTICE ONLY |
| 8 NC | MIDLAND FUNDING LLC<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Mar 25, 2012 | 9,607.06 | Pro Rata | 0.00<br>"No Interest" | Unsecured |

Total Claims Filed: 9

      WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution indicated above.

DATED:  Tuesday, May 21, 2013

_____
**/s/ Michael P. Cotter**
Michael P. Cotter
Chapter 13 Standing Trustee

12-70074-SCS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:   KATRINA SHERI JACKSON                                                                                         Chapter 13
                                                                                                                        Case No.: 12-70074-SCS
Debtor
          SSN:  XXX-XX-3379

## ORDER APPROVING CLAIMS

Upon the Motion to Allow Claims, no adverse interest appearing, the Court finds that the matters stated therein are true and, that;

Pursuant to 11 U.S.C. 502(a) the claims which have been filed as recited in said motion are deemed allowed unless objection is made by the parties receiving the motion; it is therefore,

ORDERED, that within five (5) days, a copy of this order and of the annexed motion be mailed to the Debtor and to the Debtor's attorney of record, and that the Debtor be given thirty days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed an approval by the Debtor of the claims as recited in the Motion.  Following entry of this Order, any creditor may file an amended claim to reduce the amount claimed.  Any amended claim purporting to increase the amount of any claim allowed by this Order shall be allowed only upon separate order of the Court.  Any claim not filed as of the date of the entry of this Order shall not be allowed, except upon further order of the Court.  Any objection to claim filed after entry of this Order shall make specific reference to this Order, in plain language, so as to advise any creditor or other effected party that the provisions of this Order, as they relate to that specific claim or claims, will be changed if the objection to claim is sustained.

The Clerk shall send a copy of this Order to Michael P. Cotter, Chapter 13 Trustee, 870 Greenbrier Circle, Suite 402 Chesapeake, 23320, the attorney for the Debtor and the Debtor.

Dated: _____                          _____
                                                                                                                Judge


                                                                                            _____
                                                                                                       Entry of Judgement or Order

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000